AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ginsburg, Douglas H. | D.C. Circuit | 07/15/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge (Senior) | ☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U.S. Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Professor of Law | New York University School of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 07/15/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | New York University | $277,906.94 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 1/14/12 - 1/17/12 | Tucson, Arizona | Professional Assoc. Meeting | Travel related expenses |
| 2. | New York University | 1/17/12 - 1/20/12 | New York, New York | Teaching | Travel related expenses |
| 3. | New York University | 1/25/12 - 1/27/2012 | New York, New York | Teaching | Travel related expenses |
| 4. | New York University | 1/31/12 - 2/3/12 | New York, New York | Teaching | Travel related expenses |
| 5. | Federalist Society | 2/3/12 - 2/7/12 | Naples, Florida | Professional Assoc. Meeting | Travel related expenses |
| 6. | New York University | 2/7/12 - 2/10/12 | New York, New York | Teaching | Travel related expenses |

| | Name of Person Reporting | | | Date of Report |
|---|---|---|---|---|
| | Ginsburg, Douglas H. | | | 07/15/2013 |

| # | | | | | |
|---|---|---|---|---|---|
| 7. | New York University | 2/14/12 - 2/17/12 | New York, New York | Teaching | Travel realted expenses |
| 8. | University of Virginia | 2/18/12 - 2/19/12 | Charlottesville, Virginia | Teaching | Travel related expenses |
| 9. | New York University | 2/22/12 - 2/24/12 | New York, New York | Teaching | Travel related expenses |
| 10. | New York University | 2/29/12 - 3/3/2012 | New York, New York | Teaching | Travel related expenses |
| 11. | New York University | 3/7/12 - 3/9/12 | New York, New York | Teaching | Travel related expenses |
| 12. | New York University | 3/21/12 - 3/24/12 | New York, New York | Teaching | Travel related expenses |
| 13. | New York University | 3/28/12 - 3/30/12 | New York, New York | Teaching | Travel related expenses |
| 14. | New York University | 4/4/12 - 4/6/12 | New York, New York | Teaching | Travel related expenses |
| 15. | New York University | 4/11/12 - 4/14/12 | New York, New York | Teaching | Travel related expenses |
| 16. | New York University | 4/18/12 - 4/20/12 | New York, New York | Teaching | Travel related expenses |
| 17. | The Mentor Group | 4/21/12 - 4/25/12 | Brussels, Belgium | Professional Assoc. Meeting | Travel related expenses |
| 18. | New York University | 4/25/12 - 4/27/12 | New York, New York | Teaching | Travel related expenses |
| 19. | Claremont College | 5/24/12 - 5/29/12 | Claremont, California | Teaching | Travel related expenses |
| 20. | New York University | 6/5/12 - 6/6/12 | New York, New York | Non FJC Educational Seminar | Travel related expenses |
| 21. | New York University | 6/10/12 - 6/14/12 | New York, New York | Professional Assoc. Meeting | Travel related expenses |
| 22. | CEELI | 7/3/12 - 7/5/12 | Tunis, Tunisia | Professional Assoc. Meeting | Travel related expenses |
| 23. | New York University | 7/13/12 - 7/14/12 | Florence, Italy | Professional Assoc. Meeting | Travel related expenses |
| 24. | American Bar Association / New York University | 8/6/12 -8/10/12 | Rancho Palos Verdes, California | Professional Assoc. Meeting | Travel related expenses |
| 25. | New York University | 8/28/12 - 8/31/'12 | New York, New York | Teaching | Travel related expenses |
| 26. | New York University / Fordham University | 9/18/12 - 9/22/12 | New York, New York | Teaching | Travel related expenses |
| 27. | New York University | 10/15/12 - 10/18/12 | New York, New York | Teaching | Travel related expenses |
| 28. | New York University | 11/13/12 - 11/14/12 | New York, New York | Teaching | Travel related expenses |
| 29. | American Bar Association/ New York University | 11/27/12 - 11/30/12 | New Delhi, India | Professional Assoc. Meeting | Travel related expenses |
| 30. | Covington & Burlington/New York University | 12/3/12 - 12/4/12 | Brussels, Belgium | Non FJC Educational Seminar | Travel related expenses |
| 31. | New York University | 12/13/12 - 12/14/12 | New York, New York | Teaching | Travel related expenses |
| 32. | New York University | 1/1/2012 - 12/31/2012 | New York, New York | Teaching | Books and miscellaneous academic expenses |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 07/15/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TIAA/CREF retirement account | | None | O | T | | | | | |
| 2. SEP IRA acct | | None | J | T | | | | | |
| 3. WDMG | | None | J | T | | | | | |
| 4. WBRXX | | None | K | T | | | | | |
| 5. CVX | C | Dividend | M | T | | | | | |
| 6. DKS | A | Dividend | K | T | | | | | |
| 7. ECL | B | Dividend | L | T | | | | | |
| 8. EPD | B | Dividend | K | T | | | | | |
| 9. FAST | C | Dividend | M | T | Sold (part) | 03/21/12 | J | D | |
| 10. | | | | | Sold (part) | 08/21/12 | L | F | |
| 11. IDXX | | None | L | T | | | | | |
| 12. PAYX | C | Dividend | L | T | Buy (add'l) | 03/02/12 | K | | |
| 13. PEP | A | Dividend | K | T | Sold (part) | 02/10/12 | L | D | |
| 14. SRCL | | None | M | T | | | | | |
| 15. BHP | A | Dividend | K | T | Sold (part) | 05/23/12 | J | C | |
| 16. RBA | B | Dividend | L | T | Buy (add'l) | 03/02/12 | K | | |
| 17. TSCO | B | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 07/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. RSG | | None | | | Sold | 02/02/12 | L | | |
| 19. SODA | | None | | | Sold (part) | 05/14/12 | J | | |
| 20. | | | | | Sold | 08/08/12 | L | | |
| 21. ARG | B | Dividend | L | T | | | | | |
| 22. MJN | B | Dividend | L | T | | | | | |
| 23. AGN | A | Dividend | L | T | | | | | |
| 24. SREV | | None | | | Buy (add'l) | 03/02/12 | J | | |
| 25. | | | | | Sold | 10/15/12 | J | | |
| 26. PG | | None | | | Sold | 05/07/12 | L | | |
| 27. SYK | B | Dividend | L | T | | | | | |
| 28. HSTM | | None | L | T | Buy (add'l) | 04/03/12 | J | | |
| 29. MFRM | | None | | | Sold | 05/15/12 | L | E | |
| 30. PPO | | None | | | Buy (add'l) | 01/24/12 | K | | |
| 31. | | | | | Sold | 03/02/12 | K | | |
| 32. FFIV | | None | | | Buy | 01/19/12 | L | | |
| 33. | | | | | Sold | 05/30/12 | J | | |
| 34. TRNX | | None | | | Buy | 03/02/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 07/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 10/29/12 | K | | |
| 36. KMX | | None | L | T | Buy | 03/02/12 | L | | |
| 37. COO | A | Dividend | L | T | Buy | 05/18/12 | L | | |
| 38. DNKN | B | Dividend | L | T | Buy | 05/07/12 | L | | |
| 39. NGVC | | None | L | T | Buy | 08/28/12 | K | | |
| 40. | | | | | Buy (add'l) | 08/29/12 | K | | |
| 41. HABDX | D | Dividend | M | T | Buy | 09/12/12 | M | | |
| 42. | | | | | Buy (add'l) | 12/03/12 | L | | |
| 43. SMG | B | Dividend | L | T | Buy | 10/15/12 | L | | |
| 44. Federated Gov't Cash Series: Nations Fin'l G | A | Interest | M | T | | | | | |
| 45. C | A | Dividend | J | T | Sold (part) | 01/17/12 | J | | |
| 46. XOM | D | Dividend | O | T | Sold (part) | 01/17/12 | L | F | |
| 47. | | | | | Sold (part) | 08/30/12 | K | E | |
| 48. MHS | | None | | | Sold (part) | 1/17/12 | K | E | |
| 49. | | | | | Buy (add'l) | 03/08/12 | K | | |
| 50. | | | | | Sold (part) | 04/03/12 | K | E | |
| 51. | | | | | Merged (with line 83) | 04/03/12 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 07/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. MRK | A | Dividend | K | T | Sold (part) | 01/17/12 | K | D | |
| 53. QSGIQ | | None | J | T | | | | | |
| 54. RDS A | B | Dividend | K | T | Sold (part) | 01/17/12 | K | E | |
| 55. AA | A | Dividend | J | T | | | | | |
| 56. ALLP | | None | J | T | | | | | |
| 57. MO | C | Dividend | L | T | | | | | |
| 58. AIG | | None | J | T | | | | | |
| 59. AMGN | A | Dividend | J | T | | | | | |
| 60. JNJ | A | Dividend | K | T | | | | | |
| 61. JPM | A | Dividend | J | T | | | | | |
| 62. NYX | A | Dividend | K | T | | | | | |
| 63. QCOM | A | Dividend | J | T | | | | | |
| 64. NVS | A | Dividend | J | T | | | | | |
| 65. SKT | A | Dividend | K | T | | | | | |
| 66. PM | C | Dividend | M | T | | | | | |
| 67. GG | A | Dividend | K | T | | | | | |
| 68. KO | B | Dividend | K | T | Distributed (part) | 08/13/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 07/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. CHK | A | Dividend | K | T | | | | | |
| 70. BA | A | Dividend | K | T | | | | | |
| 71. CSCO | A | Dividend | J | T | | | | | |
| 72. CDE | | None | L | T | | | | | |
| 73. DVN | A | Dividend | K | T | | | | | |
| 74. INTC | | None | | | Sold | 05/23/12 | J | B | |
| 75. KMP | C | Dividend | K | T | | | | | |
| 76. MMP | B | Dividend | K | T | Distributed (part) | 10/15/12 | J | | |
| 77. MSFT | A | Dividend | J | T | | | | | |
| 78. SIAL | A | Dividend | K | T | | | | | |
| 79. BP | B | Dividend | K | T | | | | | |
| 80. CAT | | None | | | Sold (part) | 06/13/12 | K | D | |
| 81. | | | | | Sold | 08/08/12 | K | D | |
| 82. KO | A | Dividend | K | T | | | | | |
| 83. ESRX | | None | M | T | | | | | |
| 84. HON | | None | | | Sold (part) | 03/21/12 | J | B | |
| 85. | | | | | Sold (part) | 04/20/12 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 07/15/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 08/08/12 | J | C | |
| 87. MON | A | Dividend | K | T | | | | | |
| 88. SIAL | A | Dividend | L | T | | | | | |
| 89. SLB | B | Dividend | L | T | | | | | |
| 90. XEL | A | Dividend | J | T | | | | | |
| 91. TMCO | | None | K | T | | | | | |
| 92. US Treasury Note | A | Interest | L | T | | | | | |
| 93. CME Group Bond | B | Interest | K | T | | | | | |
| 94. Kellog Co Bond | B | Interest | | | Matured | 12/03/12 | K | | |
| 95. Verizon Comm. Bond | B | Interest | K | T | | | | | |
| 96. VA State Pub School Bond | A | Interest | | | Matured | 08/01/12 | K | | |
| 97. GLD | | None | K | T | | | | | |
| 98. JCI | A | Dividend | K | T | | | | | |
| 99. RHI | B | Dividend | L | T | Buy (add'l) | 03/02/12 | K | | |
| 100. WSO | B | Dividend | L | T | | | | | |
| 101. AMZN | | None | K | T | | | | | |
| 102. Procter & Gamble SR Note | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 07/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ABT | A | Dividend | | | Sold | 08/08/12 | J | B | |
| 104. ADP | A | Dividend | | | Sold | 03/21/12 | J | C | |
| 105. CL | | None | | | Sold | 03/21/12 | J | B | |
| 106. CEG | | None | | | Merged (with line 181) | 03/16/12 | J | | |
| 107. COST | | None | | | Sold | 08/8/12 | J | C | |
| 108. DUK | B | Dividend | K | T | | | | | |
| 109. EMR | B | Dividend | L | T | | | | | |
| 110. ETE | B | Dividend | K | T | | | | | |
| 111. FHCO | A | Dividend | K | T | | | | | |
| 112. NEE | A | Dividend | K | T | | | | | |
| 113. NRGY | A | Dividend | J | T | | | | | |
| 114. MCD | B | Dividend | K | T | Buy (add'l) | 11/08/12 | J | | |
| 115. NI | A | Dividend | K | T | | | | | |
| 116. NU | A | Dividend | K | T | | | | | |
| 117. NVS | A | Dividend | J | T | | | | | |
| 118. PGN | | None | | | Merged (with line 108) | 07/03/12 | J | | |
| 119. RGP | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 07/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. FMO | B | Dividend | K | T | | | | | |
| 121. KYN | B | Dividend | K | T | | | | | |
| 122. TYG | B | Dividend | K | T | | | | | |
| 123. ACN | A | Dividend | J | T | | | | | |
| 124. BHP | | None | | | Sold | 08/08/12 | J | | |
| 125. CVX | B | Dividend | L | T | | | | | |
| 126. CBSH | A | Dividend | K | T | | | | | |
| 127. ECL | A | Dividend | K | T | | | | | |
| 128. FCX | | None | | | Sold | 08/08/12 | J | | |
| 129. INTC | A | Dividend | J | T | Buy (add'l) | 09/07/12 | J | | |
| 130. PG | | None | | | Sold | 08/08/12 | J | D | |
| 131. USB | | None | | | Sold | 08/08/12 | J | D | |
| 132. ZOLT | | None | K | T | | | | | |
| 133. BISIX | | None | | | Sold | 04/11/12 | K | C | |
| 134. EEP | B | Dividend | K | T | Buy (add'l) | 08/08/12 | K | | |
| 135. ETP | B | Dividend | K | T | | | | | |
| 136. NS | | None | | | Sold | 01/30/12 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 07/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. PAA | A | Dividend | J | T | | | | | |
| 138. OKS | A | Dividend | J | T | | | | | |
| 139. UTX | | None | | | Sold | 08/08/12 | J | B | |
| 140. IBB | | None | | | Sold | 08/08/12 | K | D | |
| 141. PSCH | | None | | | Sold | 08/08/12 | K | C | |
| 142. SSW | | None | | | Sold | 02/07/12 | K | C | |
| 143. CSCO | | None | | | Sold | 09/17/12 | K | B | |
| 144. BA | A | Dividend | K | T | | | | | |
| 145. HDPSX | | None | K | T | Sold (part) | 09/17/12 | K | C | |
| 146. TEVA | A | Dividend | J | T | Buy (add'l) | 06/01/12 | J | | |
| 147. GLD | | None | M | T | Buy (add'l) | 01/09/12 | J | | |
| 148. | | | | | Buy (add'l) | 03/01/12 | J | | |
| 149. | | | | | Buy (add'l) | 03/06/12 | J | | |
| 150. | | | | | Buy (add'l) | 03/15/12 | M | | |
| 151. JNJ | | None | | | Sold | 08/08/12 | K | B | |
| 152. POT | | None | | | Sold | 08/08/12 | K | | |
| 153. PETM | A | Dividend | J | T | Sold (part) | 09/17/12 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 07/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 10/11/12 | J | C | |
| 155. ODVYX | | None | | | Sold | 08/08/12 | K | B | |
| 156. Wells Fargo Bank (bank deposit sweep) | A | Interest | N | T | | | | | |
| 157. CHRW | | None | | | Sold | 03/02/12 | J | A | |
| 158. CMG | | None | K | T | | | | | |
| 159. DHR | A | Dividend | L | T | Buy (add'l) | 03/02/12 | K | | |
| 160. ETR | A | Dividend | J | T | | | | | |
| 161. EXPD | | None | | | Sold | 05/07/12 | J | | |
| 162. HCSG | B | Dividend | L | T | Buy (add'l) | 08/21/12 | L | | |
| 163. PX | A | Dividend | K | T | | | | | |
| 164. V | A | Dividend | L | T | Buy (add'l) | 05/16/12 | L | | |
| 165. KSU | A | Dividend | K | T | Buy | 01/25/12 | J | | |
| 166. GILD | | None | | | Buy | 03/08/12 | K | | |
| 167. | | | | | Sold | 04/19/12 | K | C | |
| 168. WMB | B | Dividend | K | T | Buy | 03/12/12 | K | | |
| 169. GBDC | B | Dividend | K | T | Buy | 03/29/12 | K | | |
| 170. HRZN | A | Dividend | J | T | Buy | 03/29/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 07/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. ACAS | | None | | | Buy | 04/12/12 | J | | |
| 172. | | | | | Sold | 08/08/12 | J | C | |
| 173. QCOM | A | Dividend | K | T | Buy | 05/21/12 | K | | |
| 174. NKE | A | Dividend | K | T | Buy | 06/29/12 | K | | |
| 175. GOOG | | None | K | T | Buy | 10/18/12 | K | | |
| 176. ARRY | | None | J | T | Buy | 11/09/12 | J | | |
| 177. NMFC | B | Dividend | J | T | Buy | 12/04/12 | J | | |
| 178. AAPL | A | Dividend | K | T | Buy | 12/17/12 | K | | |
| 179. SPH | | None | | | Spinoff (from line 113) | 09/17/12 | J | | |
| 180. | | | | | Sold | 10/11/12 | J | | |
| 181. EXC | | None | | | Buy (add'l) | 08/08/12 | J | | |
| 182. | | | | | Sold | 11/05/12 | K | | |
| 183. CLVS | | None | | | Buy | 01/09/12 | J | | |
| 184. | | | | | Sold (part) | 03/09/12 | J | B | |
| 185. | | | | | Sold | 09/17/12 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 07/15/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Douglas H. Ginsburg**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544